IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CBM MINISTRIES OF SOUTH CENTRAL PENNSYLVANIA, INC.,** | : : : | **CIVIL ACTION NO. 1:15-CV-2147** |
| **Plaintiff** | : : | **(Chief Judge Conner)** |
| v. | : : | |
| **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION AND PENNSYLVANIA STATE POLICE,** | : : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of December, 2015, upon consideration of the motion (Doc. 8) for preliminary injunction filed by plaintiff CBM Ministries of South Central Pennsylvania, Inc. ("CBM"), and upon further consideration of the hearing held on November 23, 2015 in connection with said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. CBM's motion (Doc. 8) for preliminary injunction is GRANTED conditioned upon the posting of a bond or appropriate security in the amount of $250.00 with the Clerk of Court.  See FED. R. CIV. P. 65(c).

2. Defendants Pennsylvania Department of Transportation and Pennsylvania State Police are PRELIMINARILY ENJOINED from enforcing against CBM all Pennsylvania Code provisions promulgated under 75 PA. CONS. STAT. § 4551 which regulate school bus safety.  See 67 PA. CODE § 171.

3. The injunction issued in this order shall continue in effect pending the entry of judgment in the above-captioned case.

<u>/S/ CHRISTOPHER C. CONNER</u>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania
